# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2026-0063

_____

CARLTON X. MATHEWS,

Petitioner,

v.

B. PASCOE,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

April 2, 2026

PER CURIAM.

DISMISSED.

ROWE, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Carlton X. Mathews, pro se, Petitioner.

No appearance for Respondent.